UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        -against-

JOSE BRITO,

                      Defendant.

---

JOSE A. BRITO,

                      Petitioner

        -against-

UNITED STATES OF AMERICA,

                      Respondent.

**ORDER**

20 Cr. 63 (PGG)

21 Civ. 7572 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to the motion in Brito v. United States, No. 21 Civ. 7572 (PGG), Docket Nos. 1, 3, by **July 27, 2022**.

Dated: New York, New York
           July 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge